The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

JOHN DOES 1-10 d/b/a mario507507,

    Defendants

No. 05-cv-0611 (RSM)

ORDER GRANTING LEAVE TO CONDUCT THIRD PARTY DISCOVERY

    Plaintiff Microsoft Corporation's Motion for Leave to Conduct Third-Party Discovery with regard to Charter Communications is hereby GRANTED.

    Charter Communications is hereby ordered to produce to Microsoft Corporation all personal information it may possess with regard to its customer Faeumo Jama, 2001 17th St. SE, Apt. 16, Rochester, MN 55904, 507-281-3849, that is responsive to the subpoena Microsoft Corporation served on Charter Communications on July 7, 2005. Specifically, Charter Communications is hereby ordered to provide the following information regarding its customer Faeumo Jama:

    1. Other IP addresses assigned to Faeumo Jama during the twenty-four hour periods of April 2, 2005 and July 12, 2005;

    2. The names, addresses, telephone numbers, e-mail addresses, and social security

ORDER GRANTING LEAVE
TO CONDUCT THIRD PARTY DISCOVERY - 1

numbers or tax identification numbers initially provided to Charter Communications by Faeumo Jama, as well as the date and content of all changes to that information;

    3.    The establishment of any other account by Faeumo Jama;

    4.    Billing and service records related to Faeumo Jama;

    5.    Payment information, including but not limited to credit card numbers, bank account numbers or other credit arrangements, submitted in connection with services provided Faeumo Jama and any accounts or domains related thereto;

    6.    Any complaints of abuse regarding any IP address regarding activities that occurred while that address was assigned to Faeumo Jama; and

    7.    The results of any investigation into complaints about such IP addresses;

    8.    Any other names associated with the Charter Communications account owned by Faeumo Jama.

By stipulation, Microsoft is ordered to reimburse Charter Communications its reasonable expenses at the rate of $35 per hour.

Also by stipulation, Charter Communications shall be permitted ten days to notify its customer Faeumo Jama of this order before it shall produce the information indicated in this order.

    ORDERED this ___7____ day of ___September_, 2005.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP

By ___/s/ Christopher T. Varas___
David A. Bateman, WSBA # 14262
Sumeer Singla, WSBA #32852
Christopher T. Varas, WSBA # 32875
925 Fourth Ave, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 623-7022 (fax)
dbateman@prestongates.com
ssingla@prestongates.com
cvaras@prestongates.com
Attorneys for Plaintiff Microsoft Corp.

ORDER GRANTING LEAVE
TO CONDUCT THIRD PARTY DISCOVERY - 3